# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LARRY PAUL ARNDT, JR.,** : | |
|     **Plaintiff,** : | |
| : | **CIVIL ACTION** |
| **v.** : | |
| : | **NO. 20-CV-2710** |
| **JUDGE CAROL K. MCGINLEY,**[1] *et al.* : | |
|     **Defendants.** : | |

## ORDER

AND NOW, this  16th  day of June, 2020, upon consideration of Larry Paul Arndt, Jr.'s Motion to Proceed *In Forma Pauperis* (ECF No. 1) and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **DENIED AS MOOT**.

2. Arndt's Complaint is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915A for the reasons stated in the Court's Memorandum.  The dismissal of this case is without prejudice to Arndt's filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 when he has exhausted available state remedies and without prejudice to Arndt reasserting his claims for damages by filing a new civil action in the event he is successful in challenging the validity of his parole revocation and sentence.

3. The Clerk of Court shall **AMEND** the caption in this matter to reflect the correction noted in footnote 1, *supra*, and then shall **CLOSE** this case.

                                                    **BY THE COURT:**

                                                     /s/ John Milton Younge
                                                    **Judge John Milton Younge**

---

[1] Plaintiff's *pro se* Complaint misspelled the name of the Hon. Carol K. McGinley of the Lehigh County Court of Common Pleas.  This Court has corrected that error in the caption above.  *See* https://www.lccpa.org/judges/mcginley.nex (last accessed June 16, 2020).